Case 3:19-cv-00760-DJH   Document 1   Filed 10/22/19   Page 1 of 7 PageID #: 1

FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

19 OCT 22 PM 1:35

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

Lawrence Wright
1600 Garland Ave
Apt 609
(Full name of the Plaintiff(s) in this action)

v.

Louisville Metro Police Department
Officer Joseph Nett
4th Division

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:19-cv-760-DJH
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

### I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Lawrence Wright

Place of Confinement: Louisville Jail

Address: 400 S 6th St Louisville, KY 40202

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__)   PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__)   PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant **Joseph Nett** is employed as **Police Officer** at **Louisville Metro Police Department 4th Division**

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (__) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action):_____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

The Louisville Metro Police Department and officer Joseph Nett violated my constitutional rights to the up-most. Officer Joseph Nett false arrested I. Lawrence Wright for a crime I didn't commit. I Lawrence Wright was in jail for 60 days for a crime I didn't commit. I was wrongsfully prosecuted in the state court room from Febuary 4, 2017 - to May 22, 2019. Officer Joseph Nett with-held my evidence for years, and destroyed my life. Officer Joseph Nett with-held my evidence from March 27, 2017 to May 22, 2019. If officer Joseph Nett would have presented my evidence to the court room years ago I would have never went through all the pain and sufferins I did for years.

## III. STATEMENT OF CLAIM(S) continued

Officer Joseph Nett destroyed my character and wasted my time for years, for a crime I didn't commit. In the process I had to get put on medication because of all the stress Officer Joseph Nett put me through.
Louisville Metro Police Department stole my money, my freedom, my car, my colths and all my personal identification.
After being release from jail, I didn't have nothing. Officer Joseph Nett unprofessional and bad behavior was wrong. Officer Joseph Nett with-held my evidence for years.
Officer Joseph Nett violated my consitutional rights in a major way.

# Damages I'm Seeking For Relieve

Wrongfully Imprisonment - 300,000

60 Days In Jail - 100,000

Racial Profiling - 250,000

Pain And Suffering - 250,000

Police Misconduct - 3 Million

With-Held Evidence - 5 Million

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ __3.9 million__

___ grant injunctive relief by_____

✓ award punitive damages in the amount of $ __5 Million__

___ other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This __22__ day of __October__, 20__19__.

_[signature]_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6