NO. 17CR1013　　　　　　　　　　　　　　JEFFERSON CIRCUIT COURT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DIVISION FIVE
　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE MARY M. SHAW

**COMMONWEALTH OF KENTUCKY**　　　　　　　　　　　　　**PLAINTIFF**

VS.　　　**SUPPLEMENTAL RESPONSE TO THE COURT'S
　　　　　　PRETRIAL ORDER OF DISCOVERY**

**LEE DURIS MCGAUGHY
LAWRENCE WRIGHT, JR.**　　　　　　　　　　　　　　　　**DEFENDANTS**

* * * * *

Comes the Commonwealth of Kentucky, by counsel, Joseph Abney, Assistant Commonwealth's Attorney for the 30th Judicial Circuit of Kentucky, and in response to the Court's pretrial discovery order, states as follows:

Attached are additional discoverable materials which have recently come into the possession of the Commonwealth consisting of pages 39 - 45.

Any discoverable materials which come into the possession of the Commonwealth after filing of this response will be immediately forwarded to defense counsel.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　THOMAS B. WINE
　　　　　　　　　　　　　　　　　　　　　Commonwealth's Attorney

　　　　　　　　　　　　　　　　　　　　　JOSEPH ABNEY
　　　　　　　　　　　　　　　　　　　　　Assistant Commonwealth's Attorney
　　　　　　　　　　　　　　　　　　　　　514 West Liberty Street
　　　　　　　　　　　　　　　　　　　　　Louisville, Kentucky 40202-2887
　　　　　　　　　　　　　　　　　　　　　(502) 595-2300

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was on the __11__ day of June, 2017 mailed/delivered to the Hon. Rob Eggert, counsel for McGaughy, 600 W. Main Street, Suite 300, Louisville, Kentucky 40202, and to the Hon. Sean Johnson, counsel for Wright, Public Defender's Office, 719 W. Jefferson Street, Louisville, Kentucky 40202.

JOSEPH ABNEY
Assistant Commonwealth's Attorney



| Jefferson Laboratory Branch | LABORATORY#: | 17-J-01069   REPORT#: 1 |
|---|---|---|
| | AGENCY: | Louisville Metro Narcotics |
| | COUNTY: | Jefferson |
| 3600 Chamberlain Lane, Suite 410 | AGENCY CASE#: | 80-17-010215 |
| Louisville, KY 40241 | CASE OFFICER: | Huffman 7084 |
| Telephone #: (502) 426-8240 | RE: | Lee D. McGaughy - [S] |
| Fax #: (502) 426-4531 | | |

## REPORT OF FORENSIC LABORATORY EXAMINATION

**MATERIAL SUBMITTED:**

Item 1    Fifty (50) white, round, scored tablets marked "PLIVA 434" and a similar tablet fragment.

**EXAMINATION REQUESTED:**
Identification of controlled substances

**RESULTS AND CONCLUSIONS:**

Item 1    Identical in appearance to a pharmaceutical preparation of trazodone, a non-controlled substance. *

*Note: No chemical analysis was performed.

Date of Completion: March 16, 2017

Ashley Willis
Forensic Chemist I

Unless otherwise noted in the report, this evidence is available for release.

If a measurement uncertainty has been provided, it is expressed as an expanded uncertainty at the 99.73% confidence interval.

Ashley Willis
Page 1 of 1

DC.dot Version 01
Effective Date 01/01/2014
Authority: KSP Laboratory System Director

000039

Case 3:19-cv-00760-DJH  Document 1-1  Filed 10/22/19  Page 4 of 9 PageID #: 11



Central Laboratory Branch
100 Sower Blvd. Suite 102
Frankfort, KY 40601
Telephone #: (502) 564-5230
Fax #: (502) 564-4821

LABORATORY#: 17-J-01069  REPORT#: 2
AGENCY: Louisville Metro PD CSU
COUNTY: Jefferson
AGENCY CASE#: 80-17-010215
CASE OFFICER: J. Nett
RE: Lee D. McGaughy - [S]

## REPORT OF FORENSIC LABORATORY EXAMINATION

**MATERIAL SUBMITTED:**

Item  2 (1A):  Colt 32 S&W Long revolver, model Police Positive, serial number 125949

**EXAMINATION REQUESTED:**

Firearms Function Test

**RESULTS AND CONCLUSIONS:**

Item 2 was test fired and found to be a functional firearm.

Date of Completion: March 27, 2017

*Steven W. Hughes* (signature)
Steven W. Hughes
Forensic Scientist Specialist II

Unless otherwise noted in the report, this evidence is available for release.

FA.dot Version 00
Effective Date 06/08/2011
Authority: KSP Laboratory System Director

Page 1 of 1

000040



# KENTUCKY STATE POLICE
## Request for Evidence Examination
### JEFFERSON LAB - FIREARMS



| | | | |
|---|---|---|---|
| Investigating Officer: | Officer J. Nett / 4th Division | | |
| Agency: | Louisville Metro Police Crime Scene Unit | Laboratory #: | |
| Address: | 633 West Jefferson Street | CSU Case #: | 80-17-010215 |
| City: | Louisville     Zip: 40202 | ICN #: | 80-17-010215 |
| Phone: | (502) 574-7010   Fax: (502) 637-7027 | ORI #: | **KY 0568000** |
| Email: | joseph.nett@louisvilleky.gov | Lab #01: | |

| | | | |
|---|---|---|---|
| Victim(s): | Commonwealth of Kentucky | Offense: | PHCF / No Reg. Plates / No insurance / Improper Turning |
| Suspect/Accused(s): | Lee McGaughy B/M/02/25/1979 | Offense Date: | 02/04/2017 |
| Location of Offense | 7th Street Road / Berry Boulevard | Offense City/County: | Lou. / Jefferson Co. |

**Exhibits:** (Initial exhibits received)

| | | |
|---|---|---|
| 1A | Rusted COLT POLICE POSITIVE revolver / .32 caliber / serial number 125949, with black electrical tape wrapped around the grip. Exhibit 1A was transported to CSU in Exhibit 1 but had been previously cleared for safety by Officer J. Nett and placed back in Exhibit 1. The aforementioned electrical tape was removed from Exhibit 1A by Technician D. Jones and becomes Exhibit 1B. | **Property ID 5715561** |

**Case History:**
Suspect is a convicted felon. Exhibit 1A was located in the glove box.

**Examinations Requested:**
Examine Exhibit 1A for functionality.

☐ Forward to A.F.I.S.      ☐ Forward for additional analysis (specify) _____

Submitting Officer Signature: _____     Date: 02/06/2017
Print Submitting Officer  Technician D. Jones

**For Laboratory use only**
Received from: _____     Received By: _____     Date/Time: _____

KSP-026 1/2001

dkj

000041



# Louisville Metro Police Department
## Crime Scene Unit Report

Date: 02/04/2017    Day: Saturday    ☒ Original    ☐ Supplement

CSU #: 80-17-010215ORI-DJONES    ICN #: 80-17-010215

Offense(s): PHCF / No Registration Plates / Failure to Maintain Insurance / Improper Turning

Notified/Dispatched by: Officer J. Nett transported to CSU

Time Received: 1413    Arrival Time: 1413    Cleared Time: 1420

Detective(s) at Scene: Officer J. Nett

Lead Detective/Division/Unit: Officer J. Nett / 4th Division    Code #: 7022

CSU Technician(s): Technician D. Jones    Code #: 4209

### Crime Scene Information:

Location of Scene: 7th Street Road / Berry Boulevard    Date of Occurrence: 02/04/2017

Type of Premise: ☐Residence ☐Roadway ☐Business ☐Vehicle ☐Other   CSU was not called to the scene

Weather Condition: ☐Inside ☐Snow ☐Rain ☐Clear ☐Other   CSU was not called to the scene

### Victim's Information:

| Victim's Name: | Commonwealth of Kentucky |
|---|---|
| Victim's Address: | 633 West Jefferson Street |
| City: Louisville | State: Kentucky    Zip Code: 40202 |

### Suspect Information:

| Suspect's Name | Race | Sex | DOB | Address | GSR |
|---|---|---|---|---|---|
| Lawrence Wright, Jr. | Black | Male | 09/28/1981 | 1744B South 13th Street | ☐ |
|  |  |  |  |  | ☐ |
|  |  |  |  |  | ☐ |

### Photography:
Photographing Technician(s): N/A

### Video:
Video Technician(s) or Detective: N/A

### Crime Scene Mapping:
Crime Scene Measurements and Diagram Completed By: N/A

CSU #: 80-17-010215ORI-DJONES

## Evidence Processing:

Processed for Latent Prints?  ☒ Yes   ☐ No

| Type | Description | Latent Prints Obtained? Yes | Latent Prints Obtained? No | Where processed? |
|---|---|---|---|---|
| Exhibits 1A, 2, 3 and 1B | 02/05/2017 - processed by application of ultra blue magnetic latent print powder. | ☐ | ☒ | ☐ Scene ☒ CSU ☐ ATG ☐ Other |
| Exhibit 1B | 02/05/2017 - additionally processed by application of sticky side powder. | ☐ | ☒ | ☐ Scene ☒ CSU ☐ ATG ☐ Other |
|  |  | ☐ | ☐ | ☐ Scene ☐ CSU ☐ ATG ☐ Other |

## Evidence Processing: Test Firing/NIBIN/IBIS Entry

Weapon test fired by CSU?   ☐ Yes   ☒ No   Exhibit #: _____
NIBIN/IBIS entry?   ☐ Yes   ☒ No

## Exhibits Collected:

| Exhibit # | Description |
|---|---|
|  | Exhibits 1, 1A, 1B, 2 and 3 were transported to CSU by and collected from Officer J. Nett. |
| 1 | Black mesh holster, unknown brand, containing Exhibit 1A. |
| 1A | Rusted COLT POLICE POSITIVE revolver / .32 caliber / serial number 125949, with black electrical tape wrapped around the grip. Exhibit 1A was transported to CSU in Exhibit 1 but had been previously cleared for safety by Officer J. Nett and placed back in Exhibit 1. |
| 1B | The aforementioned black electrical tape was removed from the grip of Exhibit 1A by Technician D. Jones. |
| 2 | One spent casing with a headstamp of "AGUILA .32 7.65mm". |
| 3 | Five live rounds, each with a headstamp of "AGUILA .32 7.65mm". |

## Narrative:

On Saturday, February 04, 2017, at approximately 1413 hours, Officer J. Nett came to the CSU Evidence Lab and met with Technician D. Jones. Technician Jones collected Exhibits 1, 1A, 1B, 2 and 3 from Officer Nett and secured these same Exhibits in a CSU Evidence Locker.

On Sunday, February 05, 2017, Technician Jones performed the following:

- At approximately 0810 hours:
  - Moved the aforementioned Exhibits from the CSU Evidence Locker to the CSU Evidence Lab.
  - Processed Exhibits 1A, 1B, 2 and 3 for latent prints obtaining negative results.
  - Removed Exhibit 1B from Exhibit 1A and further processed Exhibits 1B for latent prints obtaining negative results.

CONTINUED Page 3

- At approximately 0902 hours, secured Exhibits 1, 1A, 1B, 2 and 3 in the CSU Evidence Lab pending transport to the Property Room.

- At approximately 1052 hours, transported the aforementioned Exhibits to the Property Room and released these same Exhibits to Clerk G. Alvey.

Technician's Name: _Technician D. Jones_____ Code #: _4209___

Supervisor's Name: _____ Code #: _____

Date: _____




# KENTUCKY STATE POLICE
## Request for Evidence Examination
## JEFFERSON LAB - FIREARMS

Investigating Officer: Officer J. Nett / 4th Division
Agency: Louisville Metro Police Crime Scene Unit
Address: 633 West Jefferson Street
City: Louisville    Zip: 40202
Phone: (502) 574-7010    Fax: (502) 637-7027
Email: joseph.nett@louisvilleky.gov

Laboratory #:
CSU Case #: 80-17-010215
ICN #: 80-17-010215
ORI #: KY 0568000
Lab #01:

Victim(s): Commonwealth of Kentucky
Suspect/Accused(s): Lee McGaughy B/M/02/25/1979
Location of Offense: 7th Street Road / Berry Boulevard

Offense: PHCF / No Reg. Plates / No insurance / Improper Turning
Offense Date: 02/04/2017
Offense City/County: Lou. / Jefferson Co.

Exhibits: (Initial exhibits received)

| | | |
|---|---|---|
| 1A | Rusted COLT POLICE POSITIVE revolver / .32 caliber / serial number 125949, with black electrical tape wrapped around the grip. Exhibit 1A was transported to CSU in Exhibit 1 but had been previously cleared for safety by Officer J. Nett and placed back in Exhibit 1. The aforementioned electrical tape was removed from Exhibit 1A by Technician D. Jones and becomes Exhibit 1B. | Property ID 5715561 |

Case History:
Suspect is a convicted felon. Exhibit 1A was located in the glove box.

Examinations Requested:
Examine Exhibit 1A for functionality.

☐ Forward to A.F.I.S.    ☐ Forward for additional analysis (specify) _____

Submitting Officer Signature: _____    Date: 02/06/2017
Print Submitting Officer: Technician D. Jones

For Laboratory use only
Received from:    Received By:    Date/Time:

KSP-026 1/2001

dkj

000045